# United States Court of Appeals for the Federal Circuit

---

**CELLSPIN SOFT, INC.,**
*Plaintiff-Appellant*

**v.**

**FITBIT LLC, NIKON AMERICAS, INC., NIKON INC.,**
*Defendants-Appellees*

---

2023-1526

---

Appeal from the United States District Court for the Northern District of California in Nos. 4:17-cv-05928-YGR, 4:17-cv-05936-YGR, 4:17-cv-05931-YGR, 4:17-cv-05932-YGR, 4:17-cv-05934-YGR, 4:17-cv-05933-YGR, Judge Yvonne Gonzalez Rogers.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED IN PART AND AFFIRMED IN PART**

FOR THE COURT

November 1, 2024
Date

Jarrett B. Perlow
Clerk of Court